AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

Javier Soto,
  Plaintiff

V.

John Degon, Several Unknown Worcester
Police Officers, the City of Worcester,
Richard Friksker, Jose Rivera,
Several Unknown RJF Security Officers,
RJF Security, Adam Ferraro, President of
RJF Security, and the Tropigala Nightclub,
  Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CA 05-40029FDS

05-40029 FDS

TO: (Name and address of Defendant)
Ben Mercedes, Former Owner
Tropigala
24 Chilmark Street
Worcester, MA 01604

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen Hrones, Esq., Jessica D Hedges, Esq., Hrones Garrity & Hedges LLP
Lewis Wharf-Bay 232, Boston, MA 02110

an answer to the complaint which is served on you with this summons, within __30__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    2-14-05

CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

05/20/2005

I hereby certify and return that on 05/19/2005 at 10:40am I served a true and attested copy of the Summons and Complaint, Civil Action Cover Sheet, Demand for Jury Trial in this action in the following manner: To wit, by leaving at the last and usual place of abode of BEN MERCEDES at 24 CHILMARK ST, WORCESTER, MA and by mailing first class mail to the above address on 05/20/2005. Fees: Service 20.00, Travel 19.20, Conveyance 2.00, Attest 10.00 & Postage and Handling 1.00 Total Fees: $52.20

Deputy Sheriff Michael J Ahearn

_____
Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                Date                Signature of Server

                                _____
                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.