UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAVIER SOTO,<br>    Plaintiff,<br><br>V.<br><br>JOHN DEGON, SEVERAL UNKNOWN<br>WORCESTER POLICE OFFICERS,<br>THE CITY OF WORCESTER,<br>RICHARD FRIKSKER, JOSE RIVERA,<br>SEVERAL UNKNOWN R.J.F.<br>SECURITY OFFICERS, R.J.F.<br>SECURITY, ADAM FERRARO,<br>PRESIDENT OF R.J.F. SECURITY<br>AND THE TROPIGALA NIGHT CLUB,<br>    Defendants. | C.A. NO. 05-40029 FDS |

**DEFENDANTS RICHARD FRIKSKER, JOSE RIVERA, SEVERAL
UNKNOWN R.J.F. SECURITY OFFICERS, R.J.F. SECURITY, AND
ADAM FERRARO, PRESIDENT OF R.J.F. SECURITY'S PORTION OF
<u>JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)</u>**

Defendant Richard Friksker (whose true name is Richard Fiske)("Fiske"), defendant Jose Rivera ("Rivera"), defendants Several Unknown R.J.F. Security Officers ("R.J.F. Officers"), defendant R.J.F. Security ("R.J.F."), and defendant Adam Ferraro, President of R.J.F. Security ("Ferraro") (collectively referred to as "the parties"), submit the following Joint Statement pursuant to Local Rule 16.1(D).

**I.**     <u>**DISCOVERY PLAN**</u>

The parties suggest the following proposed discovery plan:

1.     The parties will serve their Fed. R. Civ. P. 26(a)(1) disclosure on or before October 1, 2005.

2. Non-expert discovery to be concluded on or before May 31, 2006. The parties do not anticipate the need to exceed the ten-per-side deposition limit set forth in Local Rule 26.1(c). If the need arises after discovery is commenced, the parties reserve the right to seek the court's approval to exceed the ten-per-side limit.

3. Depositions noticed pursuant to Fed. R. Civ. P. 30(b)(6) shall be taken in or near the locality where the witness resides or works unless both parties and the witness agree or there is a court order otherwise.

4. Defendants have the right to conduct an IME of the plaintiff, at its expense, on or before July 31, 2006.

5. Plaintiff must provide the expert disclosure required pursuant to Fed. R. Civ. P. 26(a)(2) on or before September 30, 2006.

6. Depositions of plaintiff's expert(s) to be conducted on or before December 31, 2006.

7. Defendant must provide the expert disclosure required pursuant to Fed. R. Civ. P. 26(a)(2) on or before January 31, 2007.

8. Depositions of defendant's expert(s) to be conducted on or before March 31, 2007.

9. With respect to expert depositions, the party noticing the deposition shall be responsible for paying the travel expenses and reasonable fees of the expert for time spent at the deposition pursuant to Fed. R. Civ. P. 26(b)(4). The parties shall be responsible for compensating their own experts for all preparation time.

II. **PROPOSED SCHEDULE FOR THE FILING OF MOTIONS**

All dispositive motions, including summary judgment motions pursuant to Fed. R. Civ. P. 56, shall be filed on or before May 31, 2007.

III. **ADR AND TRIAL BY MAGISTRATE**

The parties have been advised of alternative dispute resolution programs in accordance with Local Rule 16.1(D)(3), and they have attached herewith the required statement pursuant to Local Rule 16.1.

>  Defendants Richard Friksker, Jose Rivera,
>  Several Unknown R.J.F. Security Officers,
>  R.J.F. Security, Adam Ferraro, President of
>  R.J.F. Security,
>  By their Attorneys,
>  WILLIAMS & ASSOCIATES
>
>  /s/ Christopher S. Williams
>  Christopher S. Williams, BBO# 528465
>  Keith M. Jones, BBO# 660219
>  11 Beacon Street, Suite 1100
>  Boston, MA 02108
>  (617)303-0909

3