UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ | ) |  |
| JAVIER SOTO | ) |  |
|  Plaintiff, | ) | C.A. No. 05-40029-FDS |
|  v. | ) |  |
|  | ) |  |
| JOHN DEGON, SEVERAL | ) |  |
| UNKNOWN WORCESTER | ) |  |
| POLICE OFFICERS, the CITY of | ) |  |
| WORCESTER, RICHARD | ) |  |
| FRIKSKER, JOSE RIVERA, | ) |  |
| SEVERAL UNKNOWN R.J.F. | ) |  |
| SECURITY OFFICERS, R.J.F. | ) |  |
| SECURITY, ADAM FERRARO, | ) |  |
| President of R.J.F. SECURITY, and | ) |  |
| the TROPIGALA NIGHT CLUB | ) |  |
|  Defendants. | ) |  |
| _____ | ) |  |

**NOTICE OF APPEARANCE**

Please enter the appearance of Michael Tumposky as co-counsel for the Plaintiff in the above-entitled action.

Respectfully Submitted,

//S// Michael Tumposky
Michael Tumposky
BBO No. 660618
Hrones, Garrity & Hedges
Lewis Wharf-Bay 232
Boston, MA 02110-3927
T) (617) 227-4019

**CERTIFICATE OF SERVICE**

I hereby certify, on this the 22nd day of August, 2005, that I have caused to be served a copy of this document, where unable to do electronically, by first class mail, on all counsel of record in this matter.

//S// Michael Tumposky
Michael Tumposky