UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JAVIER SOTO ) | | |
| Plaintiff, ) | C.A. No. 05-40029-FDS | |
| v. ) | | |
| ) | | |
| JOHN DEGON, SEVERAL ) | | |
| UNKNOWN WORCESTER ) | | |
| POLICE OFFICERS, the CITY of ) | | |
| WORCESTER, RICHARD ) | | |
| FRIKSKER, JOSE RIVERA, ) | | |
| SEVERAL UNKNOWN R.J.F. ) | | |
| SECURITY OFFICERS, R.J.F. ) | | |
| SECURITY, ADAM FERRARO, ) | | |
| President of R.J.F. SECURITY, and ) | | |
| the TROPIGALA NIGHT CLUB ) | | |
| Defendants. ) | | |

**PLAINTIFF'S PROPOSED SCHEDULING ORDER**

Pursuant to Local Rule 16.1, the Plaintiff hereby submits this proposed scheduling order:

**I.     PROPOSED DISCOVERY PLAN**

　　A.　Automatic Disclosures by October 1, 2005;

　　B.　All motions to amend or supplement by October 15, 2005;

　　C.　All fact discovery by June 1, 2006;

　　D.　All expert depositions by August 1, 2006;

　　E.　All dispositive motions by October 1, 2006;

　　F.　All responses to dispositive motions by November 1, 2006.

Respectfully Submitted<br>
Javier Soto<br>
By his attorneys,<br>
<br>
//S//Michael Tumposky<br>
Stephen Hrones<br>
BBO # 242860<br>
Jessica D. Hedges<br>
BBO # 645847<br>
Michael Tumposky<br>
BBO # 660618<br>
Hrones, Garrity & Hedges<br>
Lewis Wharf-Bay 232<br>
Boston, MA 02110<br>
T) 617-270-1184

## CERTIFICATE OF SERVICE

I hereby certify that, on this the 22nd day of August, 2005, I have served a copy of Plaintiff's Proposed Scheduling Order, where not able to do so electronically, by first-class mail to all counsel of record in this matter.

//S// Michael Tumposky<br>
Michael Tumposky