UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAVIER SOTO,<br>    Plaintiff<br><br>v.<br><br>JOHN DEGON, SEVERAL UNKOWN<br>WORCESTER POLICE OFFICERS,<br>the CITY of WORCESTER,<br>RICHARD FRIKSKER, JOSE RIVERA,<br>SEVERAL UNKNOWN R.J.F.<br>SECURITY OFFICERS, R.J.F.<br>SECURITY, ADAM FERRARO,<br>President of R.J.F. SECURITY,<br>and the TROPIGALA NIGHT CLUB,<br>    Defendants | CIVIL ACTION NO. 05-40029FDS |

RULE 16.1(D)(3) CERTIFICATE

Defendant CITY OF WORCESTER hereby submits, pursuant to L.R. 16.1(D)(3), a certificate that he and his counsel have conferred:

    (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

    (b) to consider the resolution of this litigation through the use of alternate dispute resolution programs such as those outlined in L.R. 16.4.

CITY OF WORCESTER
By its Attorneys,

David M. Moore
City Solicitor

*/s/ Janet J. McGuiggan/*
Janet J. McGuiggan (BBO#630013)
Assistant City Solicitor
City Hall – Room 301
455 Main Street
Worcester, MA 01608
(508) 799-1161

CITY OF WORCESTER

By */s/ Michael V. O'Brien*
    Michael V. O'Brien
    City Manager