UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAVIER SOTO, )
    Plaintiff )
)
v. )
)
JOHN DEGON, SEVERAL UNKOWN )
WORCESTER POLICE OFFICERS, )
the CITY of WORCESTER, )
RICHARD FRIKSKER, JOSE RIVERA,)   CIVIL ACTION NO. 05-40029FDS
SEVERAL UNKNOWN R.J.F. )
SECURITY OFFICERS, R.J.F. )
SECURITY, ADAM FERRARO, )
President of R.J.F. SECURITY, )
and the TROPIGALA NIGHT CLUB, )
    Defendants )

RULE 16.1(D)(3) CERTIFICATE

    Defendant John Degon hereby submits, pursuant to L.R. 16.1(D)(3), a certificate that he and his counsel have conferred:

    (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

    (b) to consider the resolution of this litigation through the use of alternate dispute resolution programs such as those outlined in L.R. 16.4.

John Degon
By His Attorneys,

David M. Moore
City Solicitor

_____
Janet J. McGuiggan (BBO#630013)
Assistant City Solicitor
City Hall – Room 301
455 Main Street
Worcester, MA 01608
(508) 799-1161

_____
John Degon