UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAVIER SOTO,<br>    Plaintiff,<br><br>V.<br><br>JOHN DEGON, SEVERAL UNKNOWN<br>WORCESTER POLICE OFFICERS,<br>THE CITY OF WORCESTER,<br>RICHARD FRIKSKER, JOSE RIVERA,<br>SEVERAL UNKNOWN R.J.F.<br>SECURITY OFFICERS, R.J.F.<br>SECURITY, ADAM FERRARO,<br>PRESIDENT OF R.J.F. SECURITY<br>AND THE TROPIGALA NIGHT CLUB,<br>    Defendants. | C.A. NO. 05-40029 FDS |

## CERTIFICATION STATEMENT PURSUANT TO LOCAL RULE 16.1(D)(3)

We hereby certify and affirm that we have conferred:

    a. with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

    b. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Attorney for Defendant Adam Ferraro,
President of R.J.F. Security,

_/s/ Keith M. Jones_
Keith M. Jones, BBO# 660219
11 Beacon Street, Suite 1100
Boston, MA 02108
(617)303-0909

Authorized Representative of Defendant
Adam Ferraro, President of R.J.F. Security,

_/s/ William Yelas_
William Yelas
Scottsdale Insurance Company