UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JAVIER SOTO, | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| JOHN DEGON, SEVERAL UNKNOWN | ) | |
| WORCESTER POLICE OFFICERS, | ) | |
| THE CITY OF WORCESTER, | ) | C.A. NO. 05-40029 FDS |
| RICHARD FRIKSKER, JOSE RIVERA, | ) | |
| SEVERAL UNKNOWN R.J.F. | ) | |
| SECURITY OFFICERS, R.J.F. | ) | |
| SECURITY, ADAM FERRARO, | ) | |
| PRESIDENT OF R.J.F. SECURITY | ) | |
| AND THE TROPIGALA NIGHT CLUB, | ) | |
| Defendants. | ) | |

## NOTICE OF CHANGE OF FIRM NAME

Pursuant to Local Rule 83.5.2(e), notice of a change of firm name is hereby given and is effective August 15, 2005 as follows:

**WILLIAMS & ASSOCIATES**
11 Beacon Street, Suite 1100
Boston, MA 02108
Tel: (617) 303-0909
Fax: (617) 723-3355
cwilliams@williams-lawyers.com
kjones@williams-lawyers.com

Our street address, telephone and fax numbers will remain the same.

Defendants Richard Friksker, Jose Rivera, Several
Unknown R.J.F. Security Officers, R.J.F. Security,
Adam Ferraro President of R.J.F. Security,
By their Attorneys,
WILLIAMS & ASSOCIATES

Christopher S. Williams (BBO# 528465)
Keith M. Jones (BBO# 660219)
11 Beacon Street, Suite 1100
Boston, MA 02108
(617) 303-0909

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the
above document was served upon the
attorney of record for each other party
by mail-hand on December 12, 2005