UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
JAVIER SOTO                        )
     Plaintiff,               )
                            )  C.A. No. 05-40029-FDS
v.                                 )
                            )
JOHN DEGON, et al.,                )
     Defendants.              )
_____)

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

     Now comes the Plaintiff, Javier Soto, and hereby moves for an extension of time to complete discovery until October 1, 2006.  As grounds therefore, the Plaintiff states the following:

1. Counsel for the Plaintiff and Defendants have busy schedules and more time is needed to complete depositions and documentary discovery.

2. This is complicated civil rights action with numerous witnesses, necessitating multiple depositions over several different days.

3. As there are private and municipal defendants, scheduling requires reconciliation of the availability of two law firms and one municipal law department.

4. Attorney for the City of Worcester has numerous scheduled depositions in other matters and is scheduled to go on vacation at the end of May.

5. All parties assent to this motion.

Respectfully Submitted
Javier Soto
By his attorneys,


//s// Michael Tumposky

Dated: May 18, 2006                     Stephen Hrones
                                        BBO # 242860
                                        Jessica D. Hedges
                                        BBO # 645847
                                        Michael Tumposky
                                        BBO # 660618
                                        Hrones, Garrity & Hedges
                                        Lewis Wharf-Bay 232
                                        Boston, MA 02110-3927
                                        T) 617-227-4019


## CERTIFICATE OF SERVICE

I hereby certify that, on this the 18th day of May, 2006, I have served a copy of this document, where unable to do so electronically, by first class mail, postage prepaid, to all counsel of record in this matter.

//s// Michael Tumposky
Michael Tumposky

2