UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAVIER SOTO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DEGON, et al. )<br>)<br>Defendants. )<br>) | Civil Action No: 4:05-cv-40029 |

NOTICE OF WITHDRAWAL

Keith M. Jones, Esq., previously of Williams & Associates (f/k/a Williams & O'Leary, LLP), now engaged thru Primmer Piper Eggleston & Cramer, P.C., hereby withdraws his appearance on behalf of Jose Rivera, Richard Friksker, R.J.F. Security, Several unknown R.J.F. Security officers and Adam Ferraro, President of R.J.F. Security in the above-captioned matter.

Dated at Burlington, Vermont, this 23rd day of May, 2006.

_____
Keith M. Jones
Primmer Piper Eggleston & Cramer, P.C.
P.O. Box 1489
(150 South Champlain Street)
Burlington, Vermont 05402-1489
(802) 864-0880
kjones@ppeclaw.com

999999-00054\Doc #: 38