UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAVIER SOTO,<br>    Plaintiff,<br><br>V.<br><br>JOHN DEGON, SEVERAL UNKNOWN<br>WORCESTER POLICE OFFICERS,<br>THE CITY OF WORCESTER,<br>RICHARD FRIKSKER, JOSE RIVERA,<br>SEVERAL UNKNOWN R.J.F.<br>SECURITY OFFICERS, R.J.F.<br>SECURITY, ADAM FERRARO,<br>PRESIDENT OF R.J.F. SECURITY<br>AND THE TROPIGALA NIGHT CLUB,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. NO. 05-40029 FDS<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION OF DEFENDANTS RICHARD
FRIKSKER, JOSE RIVERA, R.J.F. SECURITY AND ADAM
FERRARO, PRESIDENT OF R.J.F. SECURITY, TO TAKE THE DEPOSITION OF
INCARCERATED PLAINTIFF JAVIER SOTO AT THE DONALD D. WYATT
DETENTION CENTER IN RHODE ISLAND (ASSENTED-TO)**

Now come the Defendants, Richard Friksker, Jose Rivera, R.J.F. Security, and Adam Ferraro, President of R.J.F. Security, and hereby move this Honorable Court to grant leave to take the deposition of Plaintiff Javier Soto at the Donald D. Wyatt Detention Center on August 29, 2006 at 12:00 p.m.. As grounds for this motion, the Defendant states the following:

1.  Plaintiff Javier Soto is incarcerated at the Donald D. Wyatt Detention Center, located at 950 High Street, Central Falls, Rhode Island.

2.  Pursuant to Rule 30(a)(2) of the Federal Rules of Civil Procedure, "a party must obtain leave of court, which shall be granted to the extent consistent with the principles stated in Rule 26(b)(2), if the person to be examined is confined in prison."

3.   All counsel assent to this motion. A copy of the proposed Order is attached hereto as Exhibit A.

WHEREFORE Defendants move that this court grant this motion and allow the deposition of Plaintiff Javier Soto to be taken at the Donald D. Wyatt Detention Center in Central Falls, Rhode Island on August 29, 2006 at 12:00 p.m..

                                             Defendants
                                             By their attorneys,
                                           WILLIAMS & ASSOCIATES

                                           /s/ Christopher S. Williams
                                           Christopher S. Williams (BBO# 528465)
                                           John J. Heil (BBO# 663861)
                                           11 Beacon Street, Suite 1100
                                           Boston, MA 02108
                                           (617) 303-0909

Assented to:

| /s/ Janet J. McGuiggan, Esq. | /s/ Michael L. Tumposky, Esq. |
|---|---|
| Janet J. McGuiggan, Esq. (BBO# 630013) | Michael L. Tumposky, Esq. (BBO #660618) |
| Counsel for Defendant John Degon | Counsel for Plaintiff Javier Soto |
| and the City of Worcester | Hrones, Garrity & Hedges |
| Assistant City Solicitor | Lewis Wharf- Bay 232 |
| City Hall, Room 301 | Boston, MA 02110-3927 |
| 455 Main Street | (617) 227-4019 |
| Worcester, MA 01608 | tumposky@masscriminallawyer.com |
| (508) 799-1161 | |
| mcguigganj@ci.worcester.ma.us | |

CERTIFICATE OF SERVICE

I hereby certify that this document(s), filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 25, 2006.

                                             /s/ Christopher S. Williams
                                             Christopher S. Williams

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAVIER SOTO,<br>    Plaintiff,<br><br>V.<br><br>JOHN DEGON, SEVERAL UNKNOWN<br>WORCESTER POLICE OFFICERS,<br>THE CITY OF WORCESTER,<br>RICHARD FRIKSKER, JOSE RIVERA,<br>SEVERAL UNKNOWN R.J.F.<br>SECURITY OFFICERS, R.J.F.<br>SECURITY, ADAM FERRARO,<br>PRESIDENT OF R.J.F. SECURITY<br>AND THE TROPIGALA NIGHT CLUB,<br>    Defendants. | C.A. NO. 05-40029 FDS |

## ORDER GRANTING LEAVE TO TAKE THE DEPOSITION OF THE INCARCERATED PLAINTIFF JAVIER SOTO AT THE DONALD D. WYATT DETENTION CENTER

I hereby grant leave to Defendants Richard Friksker, Jose Rivera, R.J.F. Security, and Adam Ferraro, President of R.J.F. Security, to take the deposition of the plaintiff Javier Soto on Tuesday, August 29, 2006 at 12:00 p.m. at the Donald D. Wyatt Detention Center in Central Falls, Rhode Island, where he is incarcerated.

By the Court,

_____
Honorable F. Dennis Saylor, IV
United States District Court for the District
of Massachusetts

3