UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
JAVIER SOTO,                          )
      Plaintiff                       )
                                      )
v.                                    )
                                      )
JOHN DEGON, SEVERAL UNKOWN            )
WORCESTER POLICE OFFICERS,            )
the CITY of WORCESTER,                )
RICHARD FRIKSKER, JOSE RIVERA,)     CIVIL ACTION NO. 05-40029FDS
SEVERAL UNKNOWN R.J.F.                )
SECURITY OFFICERS, R.J.F.             )
SECURITY, ADAM FERRARO,               )
President of R.J.F. SECURITY, )
and the TROPIGALA NIGHT CLUB, )
      Defendants                      )
```

DEFENDANT CITY OF WORCESTER'S ASSENTED TO MOTION FOR ALL
CRIMINAL OFFENDER RECORD INFORMATION OF PLAINTIFF JAVIER SOTO

Now comes Defendant City of Worcester, by and through his undersigned counsel, and hereby requests that this Court issue an Order granting access to all criminal offender record information ("CORI"), as maintained by the Criminal History Systems Board, for Plaintiff Javier Soto.  In support of this request, Defendant City of Worcester states the following:

1.   Defendant City of Worcester submits that it should be allowed access to CORI information to determine what information exists relating to the Plaintiff, Javier Soto's, criminal record in order to prepare an adequate cross-examination of the

Plaintiff and to test the credibility of the Plaintiff's testimony in the above matter.

2. The requested CORI information is discoverable and admissible at trial in this matter. See Fed. R. Evid. 609; see also Schuurman v. Town of North Reading, 139 F.R.D. 276 (D. Mass. 1991)(concluding that prior convictions are admissible to impeach any witness, including a plaintiff testifying in a civil matter, and, therefore, that such plaintiff's criminal record information is reasonably calculated to lead to the discovery of admissible evidence).

3. Attorneys of record have been certified as a class of persons entitled to access to CORI and, absent a Court Order, the State or Federal agencies in control of CORI will not release the requested information.

4. Plaintiff has assented to this motion.

WHEREFORE, Defendant City of Worcester respectfully requests that this Court issue an Order granting access to all of the Plaintiff's criminal record information. A copy of a proposed Order is attached hereto.

```
                          CITY OF WORCESTER

                          By its attorney,


                          /s/ Janet J. McGuiggan
                          Janet J. McGuiggan (BBO#630013)
                          Assistant City Solicitor
                          City Hall, Room 301
                          455 Main Street
                          Worcester, MA  01608
                          (508) 799-1161
```

LOCAL RULE 7.1. CERTIFICATION

I, Janet J. McGuiggan, hereby certify that I conferred with Plaintiff's attorney pursuant to Local Rule 7.1(A)(2) in good faith to resolve the issue that is the subject of this motion, and Plaintiff has assented to this motion.

```
                          /s/ Janet J. McGuiggan
                          Janet J. McGuiggan
                          Assistant City Solicitor
```

CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on this 11th day of August, 2006 I served a copy of: Defendant City of Worcester's Assented to Motion for All Criminal Offender Record Information of Plaintiff Javier Soto; Affidavit in Support of Motion for Plaintiff's Criminal Offender Record Information; and, proposed Order, upon Plaintiff, via email through the Court's electronic filing system (ECF), and by mailing a copy of the same, postage prepaid, to Michael Tumposky, Esquire, Hrones, Garrity & Hedges, Lewis Wharf, Bay 232, Boston, MA 02110-3927, and to Christopher Williams, Esquire, 11 Beacon Street, Suite 1100, Boston, MA 02108.

    /s/ Janet J. McGuiggan
    Janet J. McGuiggan
    Assistant City Solicitor

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAVIER SOTO,                                )<br>     Plaintiff                         )<br>                                             )<br>v.                                           )<br>                                             )<br>JOHN DEGON, SEVERAL UNKOWN         )<br>WORCESTER POLICE OFFICERS,         )<br>the CITY of WORCESTER,             )<br>RICHARD FRIKSKER, JOSE RIVERA,)<br>SEVERAL UNKNOWN R.J.F.              )<br>SECURITY OFFICERS, R.J.F.          )<br>SECURITY, ADAM FERRARO,             )<br>President of R.J.F. SECURITY, )<br>and the TROPIGALA NIGHT CLUB, )<br>     Defendants                        ) | CIVIL ACTION NO. 05-40029FDS |

AFFIDAVIT IN SUPPORT OF MOTION FOR PLAINTIFF'S
CRIMINAL OFFENDER RECORD INFORMATION

1.   I, Janet J. McGuiggan, am an attorney licensed to practice in the federal and state courts of the Commonwealth of Massachusetts, and with an office at 455 Main Street, Room 301, Worcester, Massachusetts.

2.   I am attorney of record for Defendants John Degon, Several Unknown Worcester Police Officers and the City of Worcester in the above-captioned action, now pending in this Court.

3.   I am requesting criminal offender record information ("CORI") for Plaintiff, Javier Soto, a/k/a Javier Enrique Soto-

Alarcon, a/k/a Javier E. Soto, a/k/a Javier Alarcon Soto, and a/k/a Javier Soto-Alarcon, for purposes of witness impeachment and trial strategy in connection with the above-captioned lawsuit.

4.   I will not disclose the CORI to unauthorized persons or use the information for any purpose unrelated to this lawsuit, in violation of Massachusetts General Laws c. 6, § 167 et. seq. and 803 C.M.R. 1.00 et. seq.

Signed under the pains and penalties of perjury this 11th day of August, 2006.

/s/ Janet J. McGuiggan
Janet J. McGuiggan
Assistant City Solicitor

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
JAVIER SOTO,                          )
     Plaintiff                        )
                                      )
v.                                    )
                                      )
JOHN DEGON, SEVERAL UNKOWN            )
WORCESTER POLICE OFFICERS,            )
the CITY of WORCESTER,                )
RICHARD FRIKSKER, JOSE RIVERA,)   CIVIL ACTION NO. 05-40029FDS
SEVERAL UNKNOWN R.J.F.                )
SECURITY OFFICERS, R.J.F.             )
SECURITY, ADAM FERRARO,               )
President of R.J.F. SECURITY,         )
and the TROPIGALA NIGHT CLUB,         )
     Defendants                       )
```

## ORDER

Upon proper motion of Defendant City of Worcester, which was assented to by Plaintiff, it is hereby ORDERED that Defendant City of Worcester's counsel of record, Janet J. McGuiggan, City of Worcester Law Department, 455 Main Street, Room 301, Worcester, MA 01608, shall, upon payment of a reasonable fee, obtain access to Criminal Offender Record Information (CORI) reports maintained by the Criminal History Systems Board, as well as by any federal agency, concerning the following person:

Javier E. Soto                    A/K/A Javier Soto-Alarcon
69 Nichols Street                 272 Kimball Street
Gardner, MA                       Fitchburg, MA 0
Date of Birth: 1/                 Date of Birth:
Social Security #

```
A/K/A Javier Soto                A/K/A Javier Alarcon Soto
278 Kimball Street               Date of Birth: 1/29/71
Fitchburg, MA 01420
Date of Birth: 11/29/71   A/K/A Javier Enrique Soto-Alarcon
                                 Date of Birth: 1/29/71
```

It is further ORDERED that:

1. Defense counsel shall use the information contained in the CORI reports exclusively for purposes of witness impeachment and trial strategy in the above-captioned matter; and

2. Defense counsel shall not disclose the information contained in the CORI reports to any unauthorized person or otherwise use the information in a manner that violates Mass. Gen. Laws c. 6, §§ 167 et. seq. and 803 C.M.R. §§ 1.00 et. seq.

SO ORDERED.

                                                      By the Court:

                                                      _____
                                                      F. Dennis Saylor IV
                                                      United States District Judge


                                         Date:_____