UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAVIER SOTO,<br>    Plaintiff<br><br>v.<br><br>JOHN DEGON, SEVERAL UNKOWN<br>WORCESTER POLICE OFFICERS,<br>the CITY of WORCESTER,<br>RICHARD FRIKSKER, JOSE RIVERA,<br>SEVERAL UNKNOWN R.J.F.<br>SECURITY OFFICERS, R.J.F.<br>SECURITY, ADAM FERRARO,<br>President of R.J.F. SECURITY,<br>and the TROPIGALA NIGHT CLUB,<br>    Defendants | CIVIL ACTION NO. 05-40029FDS |

### ORDER

Upon proper motion of Defendant City of Worcester, which was assented to by Plaintiff, it is hereby ORDERED that Defendant City of Worcester's counsel of record, Janet J. McGuiggan, City of Worcester Law Department, 455 Main Street, Room 301, Worcester, MA 01608, shall, upon payment of a reasonable fee, obtain access to Criminal Offender Record Information (CORI) reports maintained by the Criminal History Systems Board, as well as by any federal agency, concerning the following person:

Javier E. Soto                      A/K/A Javier Soto-Alarcon
69 Nichols Street                   272 Kimball Street
Gardner, MA                         Fitchburg, MA 01420
Date of Birth: 1/29/71              Date of Birth: 1/29/71
Social Security #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

A/K/A Javier Soto                A/K/A Javier Alarcon Soto
278 Kimball Street               Date of Birth: 1/29/71
Fitchburg, MA 01420
Date of Birth: 11/29/71   A/K/A Javier Enrique Soto-Alarcon
                          Date of Birth: 1/29/71

It is further ORDERED that:

1. Defense counsel shall use the information contained in the CORI reports exclusively for purposes of witness impeachment and trial strategy in the above-captioned matter; and

2. Defense counsel shall not disclose the information contained in the CORI reports to any unauthorized person or otherwise use the information in a manner that violates Mass. Gen. Laws c. 6, §§ 167 et. seq. and 803 C.M.R. §§ 1.00 et. seq.

SO ORDERED.

By the Court:

~~F. Dennis Saylor IV~~ Timothy S. Hillman
United States District Judge USMJ

Date: 8/24/06