UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAVIER SOTO,

       Plaintiff,                                      CIVIL ACTION
v.                                                 NO.   05-40029-FDS

JOHN DEG0N, et. al.,

       Defendant,

## NOTICE OF AND ORDER REGARDING MEDIATION

The parties are hereby notified that the court has scheduled a mediation conference for **Monday, March 12, 2007 @ 10:00 A.M.** in The United States District Court in **WORCESTER**, Courtroom #1 on the 5th Floor.  Counsel are directed to be present with their respective clients.

In addition, each party shall submit a **brief** memorandum addressing the party's position on the merits of the case and on settlement.  This should be filed with my Clerk by e-mail  at lisa_roland@mad.uscourts.gov **no later than two (2) days before the conference.**  The memorandum should be marked "Confidential - Not for Docketing" and will be held in confidence by the Court.

**If any party believes that the case is not ready for mediation at this time, please notify opposing counsel and the court as soon as possible.**

                                                         / s /Timothy S. Hillman
                                                        Timothy S. Hillman
DATED: January 29, 2007                     United States Magistrate Judge