## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JAVIER SOTO,

      Plaintiff,                                           CIVIL ACTION

v.                                                            NO.  05-40029-FDS

JOHN DEG0N, et. al.,

      Defendant,

### AMENDED REPORT RE: REFERENCE FOR
### ALTERNATIVE DISPUTE RESOLUTION

TO: JUDGE SAYLOR

HILLMAN, M.J.

On   March 12, 2007   I held the following ADR proceeding:

\_\_\_\_ EARLY NEUTRAL EVALUATION      _X_ MEDIATION
\_\_\_\_ MINI-TRIAL                                       \_\_\_\_ SUMMARY JURY TRIAL
\_\_\_\_ SETTLEMENT CONFERENCE

The parties were present in person or by an authorized corporate officer .

The case was:

( )    Settled.  Your clerk should enter a\_\_ day order of dismissal.
( )    There was progress.  A further conference has been scheduled for _____.
         unless the case is reported settled prior to that date.
(**X**)  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.


March 12, 2007                                      /s/ Timothy S. Hillman
Date                                                 TIMOTHY S. HILLMAN, M.J.