UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JAVIER SOTO,** | ) |
|     **Plaintiff,** | ) |
| | ) |
| **V.** | ) |
| | ) |
| **JOHN DEGON, ET AL,** | ) |
|     **Defendants.** | ) |

**MOTION OF DEFENDANTS RICHARD FRIKSKER, JOSE RIVERA,
R.J.F. SECURITY AND ADAM FERRARO, PRESIDENT OF
<u>R.J.F. SECURITY</u>, TO CONTINUE TRIAL (ASSENTED-TO)**

    Now come the Defendants, Richard Friksker, Jose Rivera, R.J.F. Security, and Adam Ferraro, President of R.J.F. Security, and hereby move this Honorable Court to continue the trial of this matter, now scheduled for January 7, 2008, to February 4, 2008. As grounds for this motion, defendants state that counsel for defendants has a previously scheduled vacation for the week of January 7, 2007, for which he has already purchased airline tickets and room accommodations out-of-state. Defendants' counsel has contacted all other counsel and they assent to this motion and to the proposed new date.

    WHEREFORE Defendants move that this court grant this motion and continue the trial of this matter to February 4, 2008.

                                                                Defendants
                                                               By their attorneys,
                                                               WILLIAMS & ASSOCIATES

                                                               <u>/s/ Christopher S. Williams</u>
                                                               Christopher S. Williams (BBO# 528465)
                                                               John J. Heil (BBO# 663861)
                                                               11 Beacon Street, Suite 1100
                                                               Boston, MA 02108
                                                              (617) 303-0909

Assented to:

| | |
|---|---|
| /s/ Janet J. McGuiggan, Esq._____ | /s/ Michael L. Tumposky, Esq._____ |
| Janet J. McGuiggan, Esq. (BBO# 630013) | Michael L. Tumposky, Esq. (BBO #660618) |
| Counsel for Defendant John Degon | Counsel for Plaintiff Javier Soto |
| and the City of Worcester | Hrones, Garrity & Hedges |
| Assistant City Solicitor | Lewis Wharf- Bay 232 |
| City Hall, Room 301 | Boston, MA 02110-3927 |
| 455 Main Street | (617) 227-4019 |
| Worcester, MA 01608 | tumposky@masscriminallawyer.com |
| (508) 799-1161 | |
| mcguigganj@ci.worcester.ma.us | |

CERTIFICATE OF SERVICE

    I hereby certify that this document(s), filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 19, 2007.

                                          /s/ Christopher S. Williams
                                          Christopher S. Williams