UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Soto,**
    **Plaintiff(s),**

      **V.**

**CIVIL ACTION**

**NO. 05-40029-FDS**

**Degon,**
    **Defendant(s),**

### SETTLEMENT ORDER OF DISMISSAL

**Saylor, D. J.**

The Court having been advised on    January 23, 2008    that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

   January 23, 2008   
      Date

/s/ Martin Castles
**Deputy Clerk**